Núm. 7709.—Irizarry, aplte. *v.* Valdivieso, apldo.—C. D. Ponce. Marzo 29, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelada y apareciendo de la misma que la Corte de Distrito de Ponce dictó sentencia declarando sin lugar la demanda el día 17 de enero de 1938, y que el apelante habiendo sido notificado de dicha sentencia el día 18 de enero presentó en la secretaría de dicha corte un escrito apelando de una relación del caso y opinión emitida por el juez de distrito el día 18 de enero, sin que exista apelación alguna contra la sentencia dictada el día 17, se desestima la presente apelación por no ser apelable la relación del caso y opinión de referencia.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 7488.—De Choudens, etc., aplda. *v.* Portilla, aplte.— C. D. San Juan. Diciembre 22, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada por moción de junio 16, 1937, solicitó la desestimación del recurso por negligencia en su tramitación, celebrándose la vista de dicha moción el 12 de julio siguiente; y

Por cuanto, esta corte por resolución de julio 28, 1937, declaró la moción con lugar dejando luego su resolución sin efecto a virtud de reconsideración solicitada por la parte apelante, señalándose una nueva vista de la moción para noviembre 8, 1937; y

Por cuanto, celebrada la nueva vista y examinados los antecedentes del caso se encuentra que la transcripción había sido ya radicada cuando se celebró la primera vista de la moción de desestimación bajo un número distinto, el 7567, constituyendo dicha radicación una contestación suficiente.

Por tanto, se declara sin lugar la moción de desestimación, debiendo consolidarse bajo un sólo número ambos expedientes por tratarse de tres apelaciones contra resoluciones dictadas en el mismo pleito, comprendidas en una sola transcripción.

Los Jueces Asociados señores Hutchison y Córdova Dávila no intervinieron.